**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 17, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00521-CV

### IN RE STEVEN BALLOR, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court No. 403486**

---

## MEMORANDUM OPINION

On July 11, 2012, relator Steven Ballor filed a motion to dismiss his petition for writ of mandamus because the parties have entered into a settlement agreement.

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher and Jamison.